Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
Erin Hogan-Freemole, OSB # 212850
(541) 301-4618 │ erin@crag.org
Crag Law Center
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **KLAMATH-SISKIYOU WILDLANDS CENTER; SODA MOUNTAIN WILDERNESS COUNCIL; OREGON WILD; CASCADIA WILDLANDS,** | Case No.: 1:21-cv-01647-CL |
| Plaintiffs, | STIPULATION OF DISMISSAL UNDER FED. R. CIV. 41(a)(1)(A)(ii) |
| v. | |
| **U.S. BUREAU OF LAND MANAGEMENT**, | |
| Defendant, | |
| and | |
| **MURPHY COMPANY,** | |
| Defendant-Intervenor | |

The parties to this action hereby state as follows:

1. Whereas, on November 11, 2021 Plaintiffs filed a complaint alleging that Defendant violated the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 et. seq. and the Federal Land Policy Management Act (FLPMA), 43 U.S.C. §§ 302 et seq., with its final administrative action authorizing a project known as the "Lost Antelope Vegetation Management Project", and

2. Whereas, on March 10, 2022, Defendant withdrew the Decision Notice for the Lost Antelope Project,

NOW, THEREFORE IT IS HEREBY STIPULATED, by and among the parties through their undersigned counsel, as follows:

1. The above-captioned lawsuit is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees,

2. It is the express intention of the Parties that this dismissal not have any preclusive effect or have the effect of waiver or estoppel whatsoever on any future proceedings or litigation that is based on the alleged occurrence or recurrence of any claim, defense, fact, or circumstance at issue in the present case or related to the present case.

///

///

Dated this 17th day of March, 2022.

                         Respectfully submitted,

                         */s/ Meriel L. Darzen*
                         MERIEL L. DARZEN
                              For Plaintiffs

                         SCOTT ERIK ASPHAUG
                         United States Attorney
                         District of Oregon

                         */s/ Sean E. Martin*
                         SEAN E. MARTIN
                         Assistant United States Attorney
                              For Defendant

\

                         */s/ Julie A. Weis*
                         JULIE A. WEIS
                              For Defendant-Intervenor

**Page 3**     **Stipulation of Dismissal**